IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LEWIS JOUBERT,<br><br>Defendant. | CR 13–20–BU–DLC<br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on March 18, 2014. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Kevin Lewis Joubert's guilty

plea after Joubert appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of the receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), as set forth in the Indictment. Defendant further agrees to the forfeiture allegations regarding the four items of personal property described in the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 36), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Kevin Lewis Joubert's motion to change plea (Doc. 25) is GRANTED.

DATED this 4th day of April, 2014.

_____
Dana L. Christensen, Chief District Judge
United States District Court